CLINTON C. STEPHENS, Appellant, v. STEPHEN C. GRENIER, Respondent.— Motion for leave to reargue defendant's motion for leave to appeal to the Court of Appeals denied, with $25 costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See *ante*, pp. 837, 925.]

In the Matter of the Probate of the Will of JOSEPH CHARLES GREFF, Deceased. LESTER M. GREFF, Appellant; CHARLES A. PORTH et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See *ante*, p. 925.]